# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF EXPRESS LIEN, INC., D/B/A LEVELSET

No. 84604 FILED

AUG 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER GRANTING PETITION FOR CERTIFICATION OF A GROUP LEGAL SERVICES PLAN*

Express Lien, Inc. has filed a verified petition seeking certification of a group legal services plan under SCR 42.5. This court referred the petition to the State Bar for review. The State Bar responded, recommending approval of the plan conditioned on Express Lien, Inc. revising its proposed provider attorney agreement to comply with SCR 42.5(5)(c). Specifically, the State Bar recommends that Express Lien, Inc. revise its provider attorney agreement to include the following language required by SCR 42.5(5)(c)(2), (5), (7), and (8):

> No unlicensed person will provide legal services under this arrangement;
>
> . . . .
>
> All parties agree that in providing legal services the lawyer must comply with all the disciplinary rules contained in the code and all other rules of the court;
>
> . . . .
>
> Any publicity given by the organization to its members will not describe the lawyer beyond giving his name, address, and telephone number and such other information as may be required to facilitate the access of member to the services of the lawyer; and any publicity disseminated by the organization to non-members will not identify the lawyer;
>
> The agreement will be terminated in the event of any substantial violation of the foregoing provisions.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25973

Express Lien, Inc., has filed a reply agreeing with the State Bar's recommendations and has revised its proposed provider attorney agreement.

Having considered the petition and supporting documentation, the State Bar's recommendation, and Express Lien, Inc.'s reply, we conclude that Express Lien Inc. has demonstrated that its program satisfies the requirements of SCR 42.5(5). Accordingly, we grant the petition, subject to the State Bar's recommendations and agreed to by Express Lien Inc., as incorporated into its revised provider attorney agreement.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.        _____, J.
Hardesty                            Stiglich

_____, J.        _____, J.
Cadish                              Silver

_____, J.        _____, J.
Pickering                           Herndon

cc:    Connell Law
       State Bar of Nevada/Las Vegas